IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBIN ARCHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:13-0384 |
| ) | Judge Trauger |
| UNITED RENTALS, f/k/a RENTALS SERVICE ) | |
| CORP., ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed within twenty (20) days of the entry of this Order.

The jury trial set for September 30, 2014 and the pretrial conference set for September 26, 2014 are **CANCELLED**.

It is so **ORDERED**.

ENTER this 3rd day of June 2014

_____
ALETA A. TRAUGER
U.S. District Judge